## Payne, Agent, etc. v. Elkin.

(Decided February 26, 1924.)

### Appeal from Lincoln Circuit Court.

JOHN GALVIN and K. S. ALCORN for appellant.

JOHN D. CARROLL, LEWIS L. WALKER, C. C. BAGBY and J. S. OWSLEY for appellee,

OPINION OF THE COURT BY JUDGE CLAY—Reversing.

This and Payne, Agent, etc. v. Barnette's Adm'r, 196 Ky. 489, 244 S. W. 896, are companion cases, appellee being the owner and driver of the machine in which he and Barnette were riding, and being injured at the same time, and by the same train that struck and killed Barnette.

For the reasons stated in that opinion, the judgment is reversed and cause remanded for a new trial consistent therewith.

Whole court sitting.